IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:17-cv-22719-UNGARO

TRACY JEAN-BAPTISTE,

on behalf of herself and all others similarly situated,

    Plaintiff,

v.

A.D.M.E. INVESTMENT PARTNERS, LTD.
d/b/a OCEANSIDE EXTENDED CARE CENTER,
A.D.M.E. INVESTMENT CORPORATION,
and A.D.M.E. REAL ESTATE, LLC,

    Defendants.

## ORDER GRANTING STIPULATION OF DISMISSAL, WITH PREJUDICE

Having considered the Parties' joint stipulation to voluntarily dismiss this action, with prejudice (the "Stipulation");

**IT IS ORDERED THAT**:

The complaint and all claims against the Defendants in the above styled cause are hereby **DISMISSED** with prejudice. The dismissal of these claims is made pursuant to, and subject to, the Stipulation of Class Action Settlement and Release (the "Agreement") between the Parties, which was approved by this Court by Final Order dated 5/18/2018.

Each of the Parties shall bear their own attorney's fees, expenses, and court costs, except as provided in the Agreement with respect to Class Counsel's Fees and Class Counsel's Expenses. The Parties agree that the Court shall retain jurisdiction to enforce the terms and conditions of the Agreement.

Dated: __5/18/__, 2018      _____
                            UNITED STATES DISTRICT JUDGE